USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO CHANG,

                Plaintiff,

-against-

UNITED HEALTHCARE; KIMIE WONG; MORGAN CAMPA,

                Defendants.

19-CV-3529 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 9, 2020, the Court granted Defendants' motion to compel arbitration of Plaintiff's ADEA, NYSHRL, and NYCHRL claims, dismissed Plaintiff's Title VII claims against the individual Defendants, and stayed this case. The Court further ordered the parties to state whether Plaintiff intended to arbitrate his Title VII claims against UnitedHealth. On April 9, 2020, the parties informed the Court that Plaintiff did intend to arbitrate this claim.

By no later than February 14, 2022, the parties shall file a joint letter updating the Court as to the status of arbitration and the status of this case generally.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:   January 31, 2022
           New York, New York

                                              RONNIE ABRAMS
                                        United States District Judge