```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/08/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO CHANG,

                Plaintiff,

v.

UNITED HEALTHCARE; KIMIE WONG; MORGAN CAMPA,

                Defendants.

19-CV-3529 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On January 31, 2022, the Court ordered the parties to file a joint letter updating the Court as to the status of the arbitration of Plaintiff's Title VII claim and the status of this case generally.

On February 6, 2022, the Court received the attached email from *pro se* Plaintiff, which requests the Court's assistance in arbitrating his Title VII claim. Defendants shall file a responsive letter by no later than February 15, 2022.

Plaintiff is also advised that, to the extent he wishes to consult with the New York Legal Assistance Group's legal clinic for *pro se* litigants, he may do so by visiting its website at nylag.org/pro-se-clinic or by calling (212) 659-6190. This clinic, which is neither part of nor run by the Court, assists *pro se* litigants with federal civil cases.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:   February 8, 2022
            New York, New York

                                                RONNIE ABRAMS
                                           United States District Judge

**From:** Antonio Chang <antoniochang007@gmail.com>
**Sent:** Sunday, February 6, 2022 6:47 PM
**To:** Abrams NYSD Chambers <Abrams_NYSDChambers@nysd.uscourts.gov>
**Cc:** DiNapoli, John <jdinapoli@seyfarth.com>
**Subject:** Re: Chang v. United Healthcare, et al., 1:19-cv-03529-RA Arbitration

**CAUTION - EXTERNAL:**

DATE:  February 6, 2022

# TO: *District Judge*
# Hon. Ronnie Abrams

Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Deputy Phone:** (212) 805-0162

**Courtroom:** 1506
**Chambers Email:**
**Chambers Phone:** (212) 805-0284

FROM: Antonio Chang, Plaintiff

RE:  19-CV-3529 (RA)

Plaintiff Antonio Chang, proceeding pro se, received the Order date filed January 31, 2022 that by no later than February 14, 2022, the parties shall file a joint letter updating the Court as to the status of arbitration and the status of this case generally.

Since April 9, 2020, the parties informed the Court that Plaintiff did intend to arbitrate this claim, the Plaintiff is still unemployed with no income and asked the Defendant's attorney to start the arbitration process, as the

Plaintiff has no financial resources or knowledge for the arbitration.

Therefore, the indigent Plaintiff, respectively requests this Honorable court to help me, proceeding pro se, to arbitrate this claim.

For the record, due to this wrongful termination, the Plaintiff could not even collect his unemployment benefit for 26 weeks, after working for United HealthCare for more than 1 year 2 months ($504 * 26 weeks = $13,104 still not collected) and was only offered $1,900 by United Healthcare to settle this case.

The Plaintiff feels United Healthcare should be, at the minimum, liable for $13,104 unpaid unemployment benefits plus just compensation for this wrongful termination.

Thank you for your kind help and cooperation.

Best regards,
Antonio Chang
Mobile: [redacted]