UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTONIO CHANG,

                Plaintiff,

                v.

UNITED HEALTHCARE; KIMIE WONG;
MORGAN CAMPA,

                Defendants.

No. 19-cv-3529

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On March 9, 2020, the Court dismissed Plaintiff's Title VII claims against the individual Defendants, granted Defendants' motion to compel arbitration of Plaintiff's non-Title VII claims, and stayed the case. On April 9, 2020, the parties notified the Court that Plaintiff intended to arbitrate his Title VII claims. After the Court sought an update, Defendant informed the Court on April 11, 2022 that while Plaintiff indicated by email that he still intended to initiate arbitration, he had failed to provide the form necessary to do so. To date, the parties have filed no further updates with the Court.

      Plaintiff is advised that failure to promptly initiate arbitration as to his claims under the Age Discrimination in Employment Act, the New York State Human Rights Law and the New York City Human Rights Law may result in dismissal of those claims. The parties are directed to confer and file a joint letter as to the status of the arbitration, and of this case generally, by no later than November 14, 2022.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:   November 1, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge